FILED
2016 Aug-23  AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Norman Clark Gangl

Inmate Identification Number: AIS # 149515

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

Warden Givens and Officer Coburn

Body Chart Nurse and Mrs Woods

Hiv Doctor

Dr. LoveLace

CV-16-HA-1372-J

(Enter above full name(s) of the defendant(s)
in this action)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
      in this action or otherwise relating to your imprisonment?
      Yes  (      )              No   ( ✓ )

B:    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than
      one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff(s):    _____

            Defendant(s):    _____

            _____

2.   Court (if Federal Court, name the district; if State Court, name the county)

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit _____

_____

7.   Approximate date of disposition _____

II.   Place of present confinement  HAmiLton AEI  223  Sasser Dr.
       HAmilton, AL. 35570

A.   Is there a prisoner grievance procedure in this institution?
      Yes  ( ✓ )          No   (   )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes  ( ✓ )          No   (   )

C.   If your answer is YES:

    1.   What steps did you take?  INMATE  Request,
         GRievance ,  APPEAL  GRievance

    2.   What was the result? INDIFFERENT to GANGL'S Needs.
         ReGARDING  medical Grievance(s)

D.   If your answer is NO, explain why not? _____

_____

_____

_____

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Norman Clark Gaugl # 149515

HAMILTON A&I

Address 223 SASSER DRIVE

HAMILTON, Al. 35570

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant WAYDEN GIVENS. ADOC. Officer Coburn

is employed as Both Employed with A.D.O.C.

at At Hamilton A&I

C. Additional Defendants Body Chart Nurse and Mrs Woods

EMPLOYED BY Corrizeo. at HAMILTON A&I

HIV Doctor. EMPLOYED BY ADOC. HAMILTON

Dr. Lovelace. EMPLOYED by Corrizeo at

HAMILTON A&I

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The issues 1, 2 and 3 add involue in-

difference to medical needs and

are attached to this 1983 complaint

3

## V.   RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish to Bring the issues to trial if the defendants will Not make a fair settlement.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/11/16

Norman Clark Gang #149515

Norman Clark Gang #149515
Hamilton A&I, 223 Sasser Dr.
Hamilton, Al 35570

Signature(s)

4

ISSUE #1 . GANGL Broke LeG in several Places JUNE 14th, 2016. ALSO HAd INJURY IN BACK of Head that Caused Bloody mess. GANGL's LeG WAS Swollen beyond belief, and two inmates carred GANGL to the shower. With blood WAShed off, two officers came to take GANGL to HeAlth Care. Because GANGL could Not WAlk, a wheelchair WAS brought. GANGL's leg WAS too swollen to put PANts on, so a towel WAS put over GANGL's privates and GANGL WAS wheeled to HeAlth care for a Body Chart.

The Nurse (NAME unknown) that did the "Body Chart" only informed GANGL that His leg WAS very swollen, and to put an ICE PAck on it. The officer IN CharGe of the Infirmary that Night WAS Prison Guard, Officer Coburn, CO. GANGL overheard Coburn tell the Nurse on Two occasions that GANGL WAS faking it, and Nothing WAS wrong - that his LeG WAS Not Broke. Therefore the Nurse did Not Call the doctor. IN fact the Doctor WAS Not Notified for (6) six dAYs IN ReGArds to GANGL's broke up LeG.

On the Third (3rd) dAY GANGL asked His Family to call and ask the WArden why NO XRAY HAd been done and to ask the WArden to tell officer Coburn to stop SAYing GANGL WAS faking a broke LeG. This only Caused WArden GIVEN to GO BALIStic. WArden Instructed Officer Coburn to brinG GANGL to

[ADD ON] PAGE (1) ONE.

her office. WARDEN Givens asked Mrs Woods, the Health Care Administrator if I had a profile for the wheelcare or if Mrs Woods HAD EXAMINED GANGL's LeG. Mrs Woods, said No! The warden informed Mrs Woods to go back to work and then told Officer Coburn to Refo my wheel chair. GANGL was forced to crawl back to His bed while Coburn Laughed.

GANGL was forced to crawl to the toilet over floors that are a mess because from Midnight to 6 in the morning, inmates with little control, use the same bathroom and the floor is covered in filth and Vermin.

After a few days a nurse witnessed GANGL crawling to the toilt and, Had GANGL brought to the Infirmary and a wheel chair was Re-issued and an appointment (in house) was made to do XRAYS.

GANGL SAW a Doctor Lovelace on the sixth (6th) day who became angry because No-one Notified Him (Dr Lovelace) of GANGL's emergency. Dr. Lovelace had GANGL taken to a medical center then and there, where better XRAYS then could be done at Hamilton A & I were done. Then the Next day GANGL taken to Brookwood Med. Center, B'ham and the esteemed Dr. Jones did Emergency Surgery on GANGL. Four (4) screws were used to Pull the upper tibia back together, but nothing could be

[ADD ON] Page (2) two

(ADD ON) Page 23 three

done about the broken heel bone or other fractures because it had been too long sense the injury and the swelling was enormous.

Next is the only complaint I can have with Dr Lovelace in Regards to issue #1.

Dr Jones prescribed pain meds. but upon Return to the Hamilton Facility Dr. Lovelace changed the "script order" from lortabs to Tylenol #4. These are not supposed to be used by patients with Stage 3 cir-rousis of the liver. Especially for the Long period Gangl took the tyleNol #4. (15 days)

The following are a list of defendants in Regards to issue #1.

1. WARDEN GiVENS
2 Officer Coburn
3 Nurse (that did Body Chart)
4 Mrs Woods, administator at Health Care.
5 Dr. Lovelace. Primary Care doctor.

Relief sought Regarding issue 1

1. Warden Givens. Personal capacity and official $31,000. Compensation $ 32,000 Punitive
2. Officer Coburn. Personal capacity and official $16,000 Compensation, $17,000 Punitive
3. (Body Chart) Nurse – Personal capacity and official $1,00 compensation, $100 Punitive
4. Mrs Woods. Personal Capacity and official $10,000 Compensation, $11,000 Punitive
5. Dr. Lovelace, Personal Capacity and official $20,000 Compensation, 25,000 Punitive

(ADD ON) PAGE 2 three

ISSUE #2. This concerns medical indifference REGARDING The treatment for Hep-C and B. The Doctors name is unknown at this time, but will be forthcoming soon.

The esteemed Doctor Truitt was the original Doctor in charge of Hep-C Program but was not able to "cut corners" so to speak with patients and therefore had a parting of the ways with the ADOC.   Dr Truitt was able to notify GANGL that he would begin treatment that would probably last 5 months with a min-imun of 3 months aftercare. The Reason Given for 5 month treatment eather then 3 was due to the advanced stage, the addition of Hep-B and stage 3 advanced cirrousis of the Liver. The Med to be used was Harvani which had a 100% Success Rate with her patents at Hamilton A&I.   Sad but true, Mr Kinnard bumped GANGL from his spot and Gave GANGL's Meds to his close friend/child named Williams.

This inflamed, Dr. Truitt but it was only 4 months later she informed GANGL that she had the funding again to begin GANGL's treatment. Meds were ordered and it would be 4 wks before the first Harvani was taken. Dr. Truitts Relationship with the ADOC became bad, and Dr Truitt Left her Position.

The Doctor in charge of the HIV/AIDS Program took over the Hep-C Program.

add on   PAGE (4) four

This Doctors NAME is unknown at this time but will be forthcoming soon. Although GANGL HAD a Grant that would cover the funding for a 5 month treatment with Harvani + plus cost of the Aftercare. This New Doctor from the HIV Program who has Never talked to or discussed anything or bothered to address GANGL on the Computer The WAY GANGL TALKED to Dr. Truitt. This Doctor Spent a few moments Looking at GANGL's Record and allowed the Meds to be substituted with Sovaldi; for only 3 Months and No Aftercare. Dr Lovelace says the HARVANI and Sovaldi are the SAME price $1000.00 dollars PER PILL While the HIV Doctor tried to save $60.000 on GANGL'S treatment. In Reality this Doctor took a match and burned up $90.000 with a tragious Indifference to GANGL's Med-ICAL Needs. There had been a 100% success with HARVANI here at HAMILTon A&I facility While the HIV Doctor Cut Corners and who knows what became of the additional 60 pills GANGL's Life is ticking by. It is important for this Court To Know that GANGL is one of the 22 inmates that was known to catch Hep-C from the Dentist (from India) that worked at Ventress facility a short time before being Fired. Also it should be known that Dr. Love-lace Prescribed Riframpin to GANGL to cure an ongoing infection caused by a

ADD on page (5) five

bad Mesh for a Hernia operation.
Dr. Lovelace must carry part of the Blame
for the unsuccessful treatment.
        GANGL underwent EMERGENCY treat-
ment / surgery at Brookwood where his
throat had to be handed in several places.
GANGL was at the Hospital for 4 or 5
DAYS AND Dr Lovelace did not send his Pills
there. Also GANGL missed one Pill Call.
So What HAPPENED to those 6 Pills. Dr
Lovelace would Not Allow GANGL to take
those Pills when the 90 DAYS WAS "UP".
$100.000 dollars down the drain because the
HIV DOCTOR was indifferent to GANGL's med-
ical Needs and GAMBLED with GANGL's Life.
For this he must PAY.
      Defendants Regarding Issue #2
1. HIV Doctor (office at Limestone facility)
NAME forthcoming soon! ADOC Doctor
2. Doctor Lovelace, HAMILton A&I, Corizon Dr.
Relief Sought REGARDING ISSUE # 2
1. HIV Doctor, Personal Capacity and Official
$175.000 Compensation, 175.000 Punitive.
2. Dr Lovelace, Personal Capacity and Official
25.000 Compensation, $30.000 Punitive

ISSUE #3
This issue REGARDS Dr Lovelace's Refusal
To Put GANGL in for EYE Cataract Surgery.
With indifference to GANGL's Medical Needs
Dr Lovelace Says he will Not help a Patient
That Can see from one eye.
Dr Lovelace has been Notified by the Dr.
at the EYE foundation in B'ham that the
Cataract is So Thick That if GANGL Gets an
infection in that EYE it will Not be able

to be seen and can Result in total
Blindness. This is the indifference
GANGL Lives with.

Defendant Regarding ISSUE # 3

1. Dr. Lovelace. Employed by Corrizon Corp.
   address is Hamilton A & I

   Relief Sought Regarding ISSUE #3

1. Dr Lovelace. Personal Capacity and officinaL
   $64.000 Compensation, $90.000 Punitive

Respectfully, Norman Clark Gangl
                          # 149515

Norman CLARK GANGL #149515
      Hamilton A & I
      223 SASSER Dr.
   Hamilton. AL 35570

ADD ON PAGE (7) Seven